

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

---

*Benjamin Levin*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*Direct Dial: 973-645-2762*

July 20, 2026

**Via ECF**
The Honorable Ester Salas
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

       Re:   *United States v. Richard Agyeman Dua*
             <u>Crim No. 24-827-2</u>

Dear Judge Salas:

The United States and the Defendant jointly request an adjournment of the sentencing in this matter to December 3, 2026 if that date is acceptable to the Court.

Thank you.

Very truly yours,

ROBERT FRAZER
United States Attorney

By:

_____

BENJAMIN LEVIN
Assistant United States Attorney

cc: Anthony Iacullo, Esq. (via ECF)

SO ORDERED,

_____
Hon. Esther Salas, U.S.D.J.
Date: 7/21/2026